

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>CUSTODIO LOPEZ-PALOMINOS,<br><br>                  Defendant. | CASE NO. 12CR0833-GT<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

    8:1326 (a) and (b) - DEPORTED ALIEN FOUND IN THE UNITED STATES (FELONY)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/19/12

                                                Gordon Thompson, Jr.
                                                U.S. District Judge